UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――
ROBERT MCNAUGHT,

               Petitioner,        08 Civ. 2998 (JGK)

     - against -               ORDER

UNITED STATES OF AMERICA,

               Respondent.
―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The Court has reviewed the correspondence relating to the petitioner's medical treatment.  The petitioner is of course free to pursue his administrative grievance relating to his medical treatment.

    The respondent is, however, requested to obtain information from the Bureau of Prisons concerning whether there is any need for the petitioner to be seen by an ENT specialist, what the status is of the petitioner's request to wear sneakers, and what the current schedule is for the petitioner to be medically examined and designated to a facility at which he will serve his sentence for a Violation of Supervised Release.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 6/10/09

1

The respondent is requested to provide a response by **June 19, 2009**.


**SO ORDERED**

**DATED: New York, New York
        June 5, 2009**

John G. Koeltl
United States District Judge